**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF ARKANSAS

Case number *(if known)* _____   Chapter   __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **The NR Group, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Big Deal On The Hill** <br> **DBA  Dollarhog** <br> **DBA  Dollarhog.net** <br> **DBA  Nexus Resale** <br> **DBA  Nexusresale.com** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2437552** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **501 N. Lincoln Street** <br> **Siloam Springs, AR 72761** <br> Number, Street, City, State & ZIP Code | **6331 W. Persimmon Street** <br> **Fayetteville, AR 72704** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Benton** <br> County | **Location of principal assets, if different from principal place of business** <br> **501 N. Lincoln Street Siloam Springs, AR 72761** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | The NR Group, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5399

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor  __The NR Group, Inc._____  Case number (*if known*) _____
            Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                                 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency  _____
            Contact name  _____
            Phone  _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor      **The NR Group, Inc.**                                        Case number (*if known*)
            Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **The NR Group, Inc.**                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| ▓▓▓▓ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 1, 2024**
               MM / DD / YYYY

X **/s/ Chad Hudson**                                    **Chad Hudson**
_____          _____
Signature of authorized representative of debtor          Printed name

Title   **President**
       _____

**18. Signature of attorney**

X **/s/ M. Randy Rice**                        Date   **April 1, 2024**
_____          _____
Signature of attorney for debtor                          MM / DD / YYYY

**M. Randy Rice 79241 - Arkansas**
_____
Printed name

**Rice Law Office**
_____
Firm name

**124 W. Capitol Avenue, Suite 1850**
**Little Rock, AR 72201**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(501) 374-1019**        Email address   **randyrice2@comcast.net**

**79241 - Arkansas AR**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **The NR Group, Inc.**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF ARKANSAS

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐     *Schedule H: Codebtors* (Official Form 206H)
☐     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐     Amended *Schedule*
☐     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐     Other document that requires a declaration     _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April  1, 2024**          X **/s/ Chad Hudson**
                                                    Signature of individual signing on behalf of debtor

                                                    **Chad Hudson**
                                                    Printed name

                                                    **President**
                                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name       **The NR Group, Inc.**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF ARKANSAS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................. $       **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................... $       **1,127,824.79**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................. $       **1,127,824.79**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $       **2,485,566.92**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $       **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$       **5,590,751.03**

4.   Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b     $       **8,076,317.95**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **The NR Group, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Arvest Bank** | **Checking** | | **$1,274.79** |
| 3.2. | **Simmons Bank** | **Checking** | | **$50.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$1,324.79** |

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Midwest CCC Acq, LLC** | **$85,000.00** |
| 7.2. | **Warehouse Space, LLC - Paid March, 2022** | **$25,000.00** |

Debtor   **The NR Group, Inc.**_____   Case number *(If known)* _____
          <sub>Name</sub>

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                    | **$110,000.00** |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Pallets of inventory and goods held for resale | | $3,020,000.00 | Liquidation | $1,000,000.00 |

22. **Other inventory or supplies**

23. **Total of Part 5.**                                                                   | **$1,000,000.00** |
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor   **The NR Group, Inc.**                                  Case number *(If known)* _____
_____
Name

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Desk, chairs, warehouse racking | $0.00 | | $1,500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computers, Laptops and printers, Cameras, security sytem. | $5,000.00 | Liquidation | $5,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $6,500.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2002 International Box Truck** | $0.00 | Liquidation | $5,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

Debtor  **The NR Group, Inc.**                                     Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **1 Sky jack, 5 Fork lifts, pallet jacks, electric pallet jacks, tools** | $0.00 | Liquidation | $5,000.00 |

51.  **Total of Part 8.**                                                    | $10,000.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **The NR Group, Inc.**  Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,324.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $110,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,127,824.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,127,824.79 |

**Fill in this information to identify the case:**

Debtor name   **The NR Group, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  Bayfirst National Bank**
Creditor's Name

**700 Central Ave.**
**Saint Petersburg, FL 33701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Equipment, supplies, inventory and all personal property of NR Group, Inc.**

Describe the lien
**UCC**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$560,304.68**    Value of collateral: **$1,000,000.00**

**2.2  CHTD Company**
Creditor's Name

**P. O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Equipment, supplies, inventory and all personal property of the debtor.**

Describe the lien
**UCC**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **Unknown**    Value of collateral: **$1,000,000.00**

Debtor **The NR Group, Inc.**                    Case number *(if known)* _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Corporation Service Co.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$1,000,000.00** |

Creditor's Name

**as Representative**
**P. O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment, supplies, inventory and all**
**personal property of the debtor.**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Credibly of Arizona LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$1,000,000.00** |

Creditor's Name

**25200 Telegraph Rd., #350**
**Southfield, MI 48033**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment, supplies, inventory and all**
**personal property of the debtor.**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CT Corporation System** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$1,000,000.00** |

Creditor's Name

**As respesentative**
**330 N. Brand Blvd., #700**
**Glendale, CA 91203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment, supplies, inventory and all**
**personal property of the debtor.**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No

---

Debtor   **The NR Group, Inc.**                                    Case number *(if known)* _____
_____
Name

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **FC Market Place LLC** | | $427,083.30 | $1,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**747 Front St., Floor 4
San Francisco, OK 74111**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment, supplies, inventory and all personal property of the debtor.**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Fee Services, LLC** | | Unknown | $1,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**as Representative
11501 Sunset Hills Rd, #400
Reston, VA 20190**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment, supplies, inventory and all personal property of the debtor.**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **First Corporation Solutions** | | Unknown | $1,000,000.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Debtor  **The NR Group, Inc.**  Case number (if known) _____
_____
Name

| Creditor's Name | |
|---|---|
| **As Reprsentative** | **Equipment, supplies, inventory and all personal property of the debtor.** |
| **914 S. Street** | |
| **Sacramento, CA 95811** | |

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **First Home Bank** | **Describe debtor's property that is subject to a lien** | Unknown | $1,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment, supplies, inventory and all personal property of the debtor.** | | |
| | **9190 Seminole Blvd.** | | | |
| | **Seminole, FL 33772** | | | |

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Five Star Bank** | **Describe debtor's property that is subject to a lien** | $171,056.83 | $1,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment, supplies, inventory and all personal property of the debtor.** | | |
| | **3100 Zinfandel Dr., Ste. 650** | | | |
| | **Rancho Cordova, CA 95670** | | | |

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Debtor  **The NR Group, Inc.** _____  Case number (*if known*) _____

Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Moby Capital, LLC** | Describe debtor's property that is subject to a lien | $818,662.11 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**65 W 36th St., 5th Floor**
**New York, NY 10018**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Receivables, bank accounts**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2024**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **SBA EIDL** | Describe debtor's property that is subject to a lien | $508,460.00 | $508,740.00 |
|---|---|---|---|---|

Creditor's Name

**Office of Disaster**
**Assistance**
**14925 King Sport Rd.**
**Fort Worth, TX 76155**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Equipment, Inventory and accounts**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**All open**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **TNRG Logistic Systems** | Describe debtor's property that is subject to a lien | Unknown | $350,000.00 |
|---|---|---|---|---|

Debtor   **The NR Group, Inc.**                                      Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's Name | **Equipment, supplies, inventory and all personal property of the debtor.** |
| **701 South St., Ste. 100 Vendor, AR 72683** | |
| Creditor's mailing address | **Describe the lien** |
| | **UCC** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 4 | **US Small Bus. Administration** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$1,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment, supplies, inventory and all personal property of NR Group, Inc. (Guarantor for debt owed to Bay First Bank).** | | |
| | **1545 Hawkins Blvd. Suite 202 El Paso, TX 79925** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **All open** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ■ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$2,485,566.9 2** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Moby Capital, LLC c/o The Faskowitz Law Firm 6143 186th Street, Ste. 207 Fresh Meadows, NY 11365** | Line __2.11__ | |

---

**Fill in this information to identify the case:**

Debtor name __The NR Group, Inc.__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF ARKANSAS__

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|
| | **48forty Solutions, Llc** <br> **P. O. Box 849729** <br> **Dallas, TX 75284-9729** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Credit__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,307.00 |
|---|---|---|---|
| | **AES Student Loan** <br> **P.O. Box 2461** <br> **Harrisburg, PA 17150** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __credit account__ | |
| | **Last 4 digits of account number** __1022__ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $497.79 |
|---|---|---|---|
| | **AltaFiber** <br> **221 W. 4th** <br> **Cincinnati, OH 45202** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Internet services__ | |
| | **Last 4 digits of account number** __All open__ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $254,917.95 |
|---|---|---|---|
| | **Amerian Express Gold** <br> **World Financial Ctr** <br> **200 Veset St.** <br> **New York, NY 10285** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Charge account__ | |
| | **Last 4 digits of account number** __All open accounts__ | Is the claim subject to offset? ☑ No  ☐ Yes | |

27588

Debtor **The NR Group, Inc.**                                   Case number (*if known*) _____
         _____
         Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**American Express Blue Cash**
**World Financial Ctr**
**200 Veset St.**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Charge account**

Last 4 digits of account number  **All open accounts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**American Express LOC**
**World Financial Ctr**
**200 Veset St.**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Charge Account**

Last 4 digits of account number  **All open accounts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,997.90 |

**American Express Platinum**
**World Financial Ctr**
**200 Veset St**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit account**

Last 4 digits of account number  **All open accounts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,919.61 |

**Bank of Texas Visa**
**3200 Heritage Trace Pkwy**
**Fort Worth, TX 76177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit account**

Last 4 digits of account number  **All open accounts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,012.00 |

**Benton Cty Business Pro. Tax**
**2113 W. Walnut Street**
**Rogers, AR 72756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Taxes**

Last 4 digits of account number  **All open**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.00 |

**Black Hills Energy**
**P. O. Box 1400**
**Rapid City, SD 57709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **All open accounts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144,207.75 |

**Bluevine**
**401 Warren St, Ste. 300**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit accounts**

Last 4 digits of account number  **all open accounts**

Is the claim subject to offset? ■ No ☐ Yes

Debtor __The NR Group, Inc._____  Case number (if known) _____
                Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252,159.43 |

**Capitol One Spark**
**1600 Capital One Dr, 7th FL**
**Mc Lean, VA 22102**

Date(s) debt was incurred _

Last 4 digits of account number __All open accounts__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit accounts__

Is the claim subject to offset? ■ No ☐ Yes

$252,159.43

---

| 3.13 | Nonpriority creditor's name and mailing address | $1,050.00 |

**Care Credit**
**P. O. Box 981439**
**El Paso, TX 79998**

Date(s) debt was incurred _

Last 4 digits of account number __All open accounts__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit card__

Is the claim subject to offset? ■ No ☐ Yes

$1,050.00

---

| 3.14 | Nonpriority creditor's name and mailing address | $250,000.00 |

**Chad Hudson**
**6331 W. Persimmon Street**
**Fayetteville, AR 72704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan to business__

Is the claim subject to offset? ■ No ☐ Yes

$250,000.00

---

| 3.15 | Nonpriority creditor's name and mailing address | $33,560.35 |

**ChannelAdvisor/ Ritham**
**P.O. Box 7354795**
**Dallas, TX 75265**

Date(s) debt was incurred _

Last 4 digits of account number __all open accounts__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __credit accounts__

Is the claim subject to offset? ■ No ☐ Yes

$33,560.35

---

| 3.16 | Nonpriority creditor's name and mailing address | $178.45 |

**City of Siloam Springs**
**400 N. Broadway St.**
**P. O. Box 80**
**Siloam Springs, AR 72761**

Date(s) debt was incurred _

Last 4 digits of account number __All open accounts__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Account__

Is the claim subject to offset? ■ No ☐ Yes

$178.45

---

| 3.17 | Nonpriority creditor's name and mailing address | Unknown |

**Coastal States Bank**
**P. O. Box 2105**
**Bluffton, SC 29910**

Date(s) debt was incurred _

Last 4 digits of account number __All open__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Line of Credit__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.18 | Nonpriority creditor's name and mailing address | $5,579.51 |

**Cox Communications**
**40 Technology Parkway South**
**Norcross, GA 30092**

Date(s) debt was incurred _

Last 4 digits of account number __All open accounts__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Internet services__

Is the claim subject to offset? ■ No ☐ Yes

$5,579.51

Debtor  **The NR Group, Inc.**                                    Case number *(if known)* _____
        Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Duke Energy**
**P. O. Box 1094**
**Charlotte, NC 28201-1094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Energy Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Ebay**
**2025 Hamilton Avenue**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open**

Basis for the claim:  **Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,223.19 |

**Equiment Depot**
**4375 Rossplain Drive**
**Cincinnati, OH 45236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7638**

Basis for the claim:  **credit account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,431.00 |

**EShipping**
**10812 NW Highway 45**
**Parkville, MO 64152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8448**

Basis for the claim:  **credit account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $910,100.00 |

**Essex Bargain Hunt**
**455 Industrial Blvd, Suite D**
**La Vergne, TN 37086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open accounts**

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $587,992.82 |

**Fed Ex**
**1000 Ridgeway Loop Rd., #600**
**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **All open accounts**

Basis for the claim:  **Credit account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428,000.00 |

**Funding Circle**
**P.O. Box 911007**
**San Diego, CA 92191-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5656**

Basis for the claim:  **credit account**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **The NR Group, Inc.**                                   Case number (if known) _____
          Name

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34,646.50 |
|---|---|---|---|

**Interstate X**
**8765 Stockard Drive**
**#201**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __credit account__

Last 4 digits of account number __all open accounts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,050.56 |
|---|---|---|---|

**Intuit QB Capital**
**P. O. Box 842978**
**Dallas, TX 75284-2978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit account__

Last 4 digits of account number __All open accounts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,967.30 |
|---|---|---|---|

**Lumberjack Pallets**
**81 Caldwell Dr.**
**Cincinnati, OH 45216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __credit account__

Last 4 digits of account number __all open accounts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $429,583.00 |
|---|---|---|---|

**Moby Cap, LLC**
**1700 S. Lamar Blvd Ste. 331**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business funding__

Last 4 digits of account number __All open__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Mt. Pleasent Express Brokeage**
**P.O. Box 1543**
**Mount Pleasant, MI 48858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __credit accounts__

Last 4 digits of account number __all open accounts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,363.29 |
|---|---|---|---|

**Natural State Pest Control**
**P.O. Box 554**
**Lowell, AR 72745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __credit account__

Last 4 digits of account number __0954__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51,980.09 |
|---|---|---|---|

**OnDeck Funding**
**4700 W. Daybreak Pkwy #200**
**South Jordan, UT 84009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business funding__

Last 4 digits of account number __All open account__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  __The NR Group, Inc._____    Case number _(if known)_ _____
            Name

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $76,715.92 |
|---|---|---|---|

**Paypal Loan Builder**
**3505 Silverside Road**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __All open__

Basis for the claim: __Business account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $178.97 |
|---|---|---|---|

**Rumpke Waste & Recycling**
**1630 S. Co Rd 275 W.**
**Paoli, IN 47454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __All open accounts__

Basis for the claim: __Waste services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $593,000.00 |
|---|---|---|---|

**SBA 1/ Bayfirst National Bank**
**700 Central Ave**
**Saint Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __all open accounts__

Basis for the claim: __credit accounts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $212,000.00 |
|---|---|---|---|

**SBA 2 Five Star Bank**
**700 Central Ave.**
**Saint Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __All open__

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $500,000.00 |
|---|---|---|---|

**SBA EIDL**
**Office of Disaster Assistance**
**14925 King Sport Rd**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __All open__

Basis for the claim: __Loans__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $77,762.52 |
|---|---|---|---|

**Sofi**
**P.O. Box 654158**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __all open accounts__

Basis for the claim: __credit account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $24,950.00 |
|---|---|---|---|

**Stripe Capital**
**354 Oyster Point Boulevard**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __All open__

Basis for the claim: __Merchant loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The NR Group, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.40**

**Nonpriority creditor's name and mailing address**
**TNR Group**
**2030 E Gladwick St.**
**Compton, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number **All open accounts**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**TQL**
**5050 Kingley Drive**
**Cincinnati, OH 45227**

Date(s) debt was incurred _

Last 4 digits of account number **5138**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit account**

Is the claim subject to offset? ■ No ☐ Yes

**$24,000.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Truist Bank**
**214 N Tryon St, Ste. 3**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number **All open accounts**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charge account**

Is the claim subject to offset? ■ No ☐ Yes

**$14,787.70**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Uline**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred _

Last 4 digits of account number **2484**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit accounts**

Is the claim subject to offset? ■ No ☐ Yes

**$6,300.81**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**UPS**
**55 Glenlake Parkway, N. E.**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number **All open accounts**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Account**

Is the claim subject to offset? ■ No ☐ Yes

**$79,376.33**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**US Bank**
**800 Nicollet Mail**
**Minneapolis, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number **All open accounts**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit account**

Is the claim subject to offset? ■ No ☐ Yes

**$23,353.90**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**VSC Fire & Safety**
**1800 Bayberry Ct, #200**
**Richmond, VA 23226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

Debtor **The NR Group, Inc.**                                    Case number *(if known)* _____
    Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,700.00 |
|---|---|---|---|

**Warehouse Space**
**501 N. Lincoln Street**
**Siloam Springs, AR 72761**

Date(s) debt was incurred _____

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261,339.39 |
|---|---|---|---|

**Westmount Realty Capital, LLC**
**700 N. Pearl Street**
**Ste. N165**
**Dallas, TX 75201**

Date(s) debt was incurred _____

Last 4 digits of account number  **All open**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ebay**<br>**2065 Hamilton Ave.**<br>**San Jose, CA 95125** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Essex Bargain Hunt**<br>**3829 Logistics Way**<br>**Antioch, TN 37013** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Midwest CCC Acquisitions, LLC**<br>**c/o Branson D. Dunlop, Atty**<br>**255 East Fifth Street, #1900**<br>**Cincinnati, OH 45202** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Midwest CCC Acquisitions, LLC**<br>**700 N. Pearl St. Suite N165**<br>**Dallas, TX 75201** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Moby Cap, LLC**<br>**905 W Oltorf St.**<br>**Austin, TX 78704** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Rumpke Waste & Recycling**<br>**3990 Generation Dr.**<br>**Cincinnati, OH 45251** | Line **3.34**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **SBA Bolt**<br>**Bay First Nat'l Bank**<br>**700 Central Ave**<br>**Saint Petersburg, FL 33701** | Line **3.35**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Small Business Administration**<br>**Office of Disaster Assistance**<br>**14925 Kingport Rd.**<br>**Fort Worth, TX 76155** | Line **3.35**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **The NR Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.9 | **Sofi**<br>**Corporation Service Co.**<br>**2710 Gateway Oaks Dr., #150N**<br>**Sacramento, CA 95833** | Line __3.38__<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **ULINE**<br>**12575 Uline Dr.**<br>**Pleasant Prairie, WI 53158** | Line __3.43__<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 5,590,751.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 5,590,751.03 |

**Fill in this information to identify the case:**

Debtor name **The NR Group, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 1121 E. Jefferson Street, Siloam Springs, AR 72761** | |
| | State the term remaining | **18 Month** | **James Duggar** |
| | List the contract number of any government contract | | **540 Arbor Acres Ave.** **Springdale, AR 72762** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for warehouse located at 246 -256 Circle Fwy Dr. Cincinnati, OH 45246** | |
| | State the term remaining | **57 months** | **Midwest CCC Acquisitions, LLC** |
| | List the contract number of any government contract | | **700 N. Pearl St. Suite N165** **Dallas, TX 75201** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for  501 N. Lincoln St, Siloam Springs, AR 72761. Lease paid through March, 2025.** | |
| | State the term remaining | **36 Month** | **Warehouse Space, LLC** |
| | List the contract number of any government contract | | **548 Arbor Acres Ave.** **Springdale, AR 72762** |

**Fill in this information to identify the case:**

Debtor name     **The NR Group, Inc.**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF ARKANSAS

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Chad & Valeri Hudson** | **6331 W. Persimmon Street Fayetteville, AR 72704** | **All debts of company** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **The NR Group, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF ARKANSAS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business ☐ Other _____ | $651,811.83 |
   | **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | $13,729,225.00 |
   | **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | $12,221,269.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | | | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|
   | | | | |

Debtor   **The NR Group, Inc.**                                            Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **1** | **90 day list is available upon request.  Too large to file** | **$0.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Moby Capital LLC v NR Group, et al 137867-2024** | **Debtor sued for unpaid loan** | **Supreme Court of New York 27 North Main Street Canandaigua, NY 14424** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Midwest CCC Acquisitions LLLC v The NR Group, Inc A 2401002** | **Debtor sued for unpaid lease Agreement** | **Court of Commons Pleas Hamilton County, OH PAVAN PARIKH 1000 Main Street, Room 315 Cincinnati, OH 45202** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   **The NR Group, Inc.**                                    Case number *(if known)*

■ None

<table>
<tr><td>**Part 4:**</td><td>**Certain Gifts and Charitable Contributions**</td></tr>
</table>

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Cross Church**<br>**2801 W. McMillan Dr.**<br>**Fayetteville, AR 72701** | Donations | **Various** | **$6,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.2. | **2nd Milk Charity**<br>**446 Angle Falls Ln**<br>**Springdale, AR 72762** | Donation | **Various** | **$5,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |

<table>
<tr><td>**Part 5:**</td><td>**Certain Losses**</td></tr>
</table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

<table>
<tr><td>**Part 6:**</td><td>**Certain Payments or Transfers**</td></tr>
</table>

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Second Wind Consultants**<br>**136 W. ST. Ste. 101**<br>**Northampton, MA 01060** | | | **$0.00** |
| | Email or website address<br>**secondwindconsultants.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor   **The NR Group, Inc.**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **M. Randy Rice, Esq. 124 W. Capitol, #1850 Little Rock, AR 72201** | | **January and February, 2024** | **$10,000.00** |
| | **Email or website address** **randyrice2@comcast.net** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Chad Hudson 6331 W. Persimmon Street Fayetteville, AR 72704** | **Advances** 06/01/21  $1,300.00 02/28/22  $5,000.00 07/15/22  $2,400.00 08/02/22  $2,400.00 01/17/23  $2,500.00 | **2021-2023** | **$13,600.00** |
| | **Relationship to debtor** **Shareholder** | | | |
| 13.2. | **Penn Mutual Insurance Co.** | **Life insurance premium paid on policy in name of Chad Hutson.** 06/15/22  $152,597.34 12/13/22  $152,597.36 12/21/23  $ 36,506.19 | **2022-2023** | **$341,700.89** |
| | **Relationship to debtor** | | | |

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

Debtor   **The NR Group, Inc.**                                    Case number *(if known)*

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor   **The NR Group, Inc.** _____   Case number *(if known)* _____

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21.  **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor  **The NR Group, Inc.** _____  Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Consultants, LLC**<br>**5803 Malvern Dr.**<br>**Bethesda, MD 20817** | **05/2018-02/2024** |
| 26a.2.  **Allan Sanders, CPA** | **08/2018 - 02/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Funding Circle**<br>**707 17th Street, Ste. 2200**<br>**Denver, CO 80202** |
| 26d.2.  **Westmount Realty Capital, LLC**<br>**246 Circle Freeway**<br>**Cincinnati, OH 45246** |
| 26d.3.  **Paypal Loan Builder**<br>**3505 Silverside Road**<br>**Wilmington, DE 19801** |
| 26d.4.  **Moby Cap, LLC**<br>**1700 S. Lamar Blvd Ste. 331**<br>**Austin, TX 78704** |
| 26d.5.  **American Express**<br>**Ste. 0001**<br>**Chicago, IL 60679-0001** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chad Hudson** | **6331 W. Persimmon Street**<br>**Fayetteville, AR 72704** | **President - Owner** | **49%** |

Debtor __The NR Group, Inc.__      Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Valeri Hudson | 6331 W. Persimmon Street Fayetteville, AR 72704 | Owner | 51% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

  ■ No
  ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

  ☐ No
  ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Chad Hudson 6331 W. Persimmon Street Fayetteville, AR 72704 | Salary $98,125.04 | Various | Providing services to company |
| Relationship to debtor Owner | | | |
| 30.2. Valeri Hudson 6331 W. Persimmon Street Fayetteville, AR 72704 | Salary - $9,157.46 | Various | Providing services to company |
| Relationship to debtor Owner | | | |
| 30.3. Employees were paid salaries | | | |
| Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ■ No
  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ■ No
  ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor   __The NR Group, Inc._____     Case number *(if known)* _____

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __April 1, 2024_____

__/s/ Chad Hudson_____          __Chad Hudson_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Arkansas

In re   **The NR Group, Inc.**
_____   Case No. _____

Debtor(s)   Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  1, 2024**
_____
_Date_

**/s/ M. Randy Rice**
_____
**M. Randy Rice 79241 - Arkansas**
_Signature of Attorney_
**Rice Law Office**
**124 W. Capitol Avenue, Suite 1850**
**Little Rock, AR 72201**
**(501) 374-1019**
**randyrice2@comcast.net**
_Name of law firm_

---

**United States Bankruptcy Court**
**Western District of Arkansas**

In re __The NR Group, Inc._____     Case No. _____

                                                Debtor(s)     Chapter     __7_____

**VERIFICATION OF CREDITOR MATRIX**

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:   __April 1, 2024_____          __/s/ Chad Hudson_____
                                          **Chad Hudson**/**President**
                                          Signer/Title

```
48forty Solutions, Llc
P. O. Box 849729
Dallas, TX 75284-9729


AES Student Loan
P.O. Box 2461
Harrisburg, PA 17150


AltaFiber
221 W. 4th
Cincinnati, OH 45202


Amerian Express Gold
World Financial Ctr
200 Veset St.
New York, NY 10285


American Express Blue Cash
World Financial Ctr
200 Veset St.
New York, NY 10285


American Express LOC
World Financial Ctr
200 Veset St.
New York, NY 10285


American Express Platinum
World Financial Ctr
200 Veset St
New York, NY 10285


Bank of Texas Visa
3200 Heritage Trace Pkwy
Fort Worth, TX 76177


Bayfirst National Bank
700 Central Ave.
Saint Petersburg, FL 33701


Benton Cty Business Pro. Tax
2113 W. Walnut Street
Rogers, AR 72756
```

Black Hills Energy
P. O. Box 1400
Rapid City, SD 57709


Bluevine
401 Warren St, Ste. 300
Redwood City, CA 94063


Capitol One Spark
1600 Capital One Dr, 7th FL
Mc Lean, VA 22102


Care Credit
P. O. Box 981439
El Paso, TX 79998


Chad & Valeri Hudson
6331 W. Persimmon Street
Fayetteville, AR 72704


Chad Hudson
6331 W. Persimmon Street
Fayetteville, AR 72704


ChannelAdvisor/ Ritham
P.O. Box 7354795
Dallas, TX 75265


CHTD Company
P. O. Box 2576
Springfield, IL 62708


City of Siloam Springs
400 N. Broadway St.
P. O. Box 80
Siloam Springs, AR 72761


Coastal States Bank
P. O. Box 2105
Bluffton, SC 29910


Corporation Service Co.
as Representative
P. O. Box 2576
Springfield, IL 62708

```
Cox Communications
40 Technology Parkway South
Norcross, GA 30092


Credibly of Arizona LLC
25200 Telegraph Rd., #350
Southfield, MI 48033


CT Corporation System
As respesentative
330 N. Brand Blvd., #700
Glendale, CA 91203


Duke Energy
P. O. Box 1094
Charlotte, NC 28201-1094


Ebay
2025 Hamilton Avenue
San Jose, CA 95125


Ebay
2065 Hamilton Ave.
San Jose, CA 95125


Equiment Depot
4375 Rossplain Drive
Cincinnati, OH 45236


EShipping
10812 NW Highway 45
Parkville, MO 64152


Essex Bargain Hunt
455 Industrial Blvd, Suite D
La Vergne, TN 37086


Essex Bargain Hunt
3829 Logistics Way
Antioch, TN 37013


FC Market Place LLC
747 Front St., Floor 4
San Francisco, OK 74111
```

```
Fed Ex
1000 Ridgeway Loop Rd., #600
Memphis, TN 38120


Fee Services, LLC
as Representative
11501 Sunset Hills Rd, #400
Reston, VA 20190


First Corporation Solutions
As Reprsentative
914 S. Street
Sacramento, CA 95811


First Home Bank
9190 Seminole Blvd.
Seminole, FL 33772


Five Star Bank
3100 Zinfandel Dr., Ste. 650
Rancho Cordova, CA 95670


Funding Circle
P.O. Box 911007
San Diego, CA 92191-1007


Interstate X
8765 Stockard Drive
#201
Frisco, TX 75034


Intuit QB Capital
P. O. Box 842978
Dallas, TX 75284-2978


James Duggar
540 Arbor Acres Ave.
Springdale, AR 72762


Lumberjack Pallets
81 Caldwell Dr.
Cincinnati, OH 45216
```

Midwest CCC Acquisitions, LLC
c/o Branson D. Dunlop, Atty
255 East Fifth Street, #1900
Cincinnati, OH 45202


Midwest CCC Acquisitions, LLC
700 N. Pearl St. Suite N165
Dallas, TX 75201


Moby Cap, LLC
1700 S. Lamar Blvd Ste. 331
Austin, TX 78704


Moby Cap, LLC
905 W Oltorf St.
Austin, TX 78704


Moby Capital, LLC
65 W 36th St., 5th Floor
New York, NY 10018


Moby Capital, LLC
c/o The Faskowitz Law Firm
6143 186th Street, Ste. 207
Fresh Meadows, NY 11365


Mt. Pleasent Express Brokeage
P.O. Box 1543
Mount Pleasant, MI 48858


Natural State Pest Control
P.O. Box 554
Lowell, AR 72745


OnDeck Funding
4700 W. Daybreak Pkwy #200
South Jordan, UT 84009


Paypal Loan Builder
3505 Silverside Road
Wilmington, DE 19801


Rumpke Waste & Recycling
1630 S. Co Rd 275 W.
Paoli, IN 47454

Rumpke Waste & Recycling
3990 Generation Dr.
Cincinnati, OH 45251


SBA 1/ Bayfirst National Bank
700 Central Ave
Saint Petersburg, FL 33701


SBA 2 Five Star Bank
700 Central Ave.
Saint Petersburg, FL 33701


SBA Bolt
Bay First Nat'l Bank
700 Central Ave
Saint Petersburg, FL 33701


SBA EIDL
Office of Disaster Assistance
14925 King Sport Rd
Fort Worth, TX 76155


SBA EIDL
Office of Disaster Assistance
14925 King Sport Rd.
Fort Worth, TX 76155


Small Business Administration
Office of Disaster Assistance
14925 Kingport Rd.
Fort Worth, TX 76155


Sofi
P.O. Box 654158
Dallas, TX 75265


Sofi
Corporation Service Co.
2710 Gateway Oaks Dr., #150N
Sacramento, CA 95833


Stripe Capital
354 Oyster Point Boulevard
South San Francisco, CA 94080

```
TNR Group
2030 E Gladwick St.
Compton, CA 90220


TNRG Logistic Systems
701 South St., Ste. 100
Vendor, AR 72683


TQL
5050 Kingley Drive
Cincinnati, OH 45227


Truist Bank
214 N Tryon St, Ste. 3
Charlotte, NC 28202


Uline
P.O. Box 88741
Chicago, IL 60680-1741


ULINE
12575 Uline Dr.
Pleasant Prairie, WI 53158


UPS
55 Glenlake Parkway, N. E.
Atlanta, GA 30328


US Bank
800 Nicollet Mail
Minneapolis, MN 55402


US Small Bus. Administration
1545 Hawkins Blvd. Suite 202
El Paso, TX 79925


VSC Fire & Safety
1800 Bayberry Ct, #200
Richmond, VA 23226


Warehouse Space
501 N. Lincoln Street
Siloam Springs, AR 72761
```

```
Warehouse Space, LLC
548 Arbor Acres Ave.
Springdale, AR 72762


Westmount Realty Capital, LLC
700 N. Pearl Street
Ste. N165
Dallas, TX 75201
```

# United States Bankruptcy Court
## Western District of Arkansas

In re   **The NR Group, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The NR Group, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Chad Hudson**
**6331 W. Persimmon Street**
**Fayetteville, AR 72704**

☐ None [*Check if applicable*]

**April  1, 2024**

Date

**/s/ M. Randy Rice**

**M. Randy Rice 79241 - Arkansas**

Signature of Attorney or Litigant

Counsel for   **The NR Group, Inc.**

**Rice Law Office**
**124 W. Capitol Avenue, Suite 1850**
**Little Rock, AR 72201**
**(501)  374-1019**
**randyrice2@comcast.net**